# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv89

| | |
|---|---|
| LARRY McCLOUD, Administrator of the Estate of Garry Wayne McCloud, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER |
| MELISSA HILDEBRAND; and the CITY OF HICKORY, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on David R. Tanis's Motion for Permission to Appear Pro Hac Vice (#12). Having considered David R. Tanis's motion and reviewed the pleadings, and it appearing that Mr. Tanis is a member in good standing with the North Carolina Bar and the Middle District of North Carolina, the court enters the following Order. Mr. Tanis is advised that he qualifies for admission to the Bar of this court, and if he had so moved, the court would have personally recommended such admission upon payment of the additional fee and the taking the oath.

**ORDER**

**IT IS, THEREFORE, ORDERED** that David R. Tanis's Motion for Permission to Appear Pro Hac Vice (#12) is **GRANTED,** and Mr. Tanis is admitted to practice before the Bar of this court in this particular case without associating local counsel.

Signed: October 16, 2007

Dennis L. Howell
United States Magistrate Judge