IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:07CV89-V

| | |
|---|---|
| Larry McCloud, Administrator of the Estate of Garry Wayne McCloud<br>　　　　　Plaintiff,<br><br>v.<br><br>Melissa Hildebrand and<br>The City of Hickory, North Carolina,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on Plaintiff's Notice of Withdrawal of Motion for Reconsideration, filed December 7, 2010.[1] (Document #49)

**IT IS, THEREFORE, ORDERED** that Plaintiff's Notice of Withdrawal is **GRANTED.**

Accordingly, Plaintiff's Motion for Reconsideration is hereby **DENIED without prejudice**.

Signed: December 9, 2010

Richard L. Voorhees
United States District Judge

---

[1] The legal issues raised within Plaintiff's Motion for Reconsideration will likely be addressed by the Fourth Circuit in the course of resolving Defendant Hildebrand's appeal. *See* USCA Fourth Circuit Case Number 10-2351 and Notice of Appeal. (Documents ##46, 48)